

FILED
Feb 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/erikaf DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO HUMANES-NAVARRO (T/N),<br>　aka Roberto Lopez-Mellan,<br><br>　　　　　Defendant. | Case No. '18 CR0885 JLS<br>18MJ8146<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii), (v)(II) and<br>(a)(1)(B)(i) – Transportation<br>of Certain Aliens for Financial<br>Gain and Aiding and Abetting |

The United States Attorney charges:

On or about January 22, 2018, within the Southern District of California, defendant ALEJANDRO HUMANES-NAVARRO (T/N), aka Roberto Lopez-Mellan, knowing and in reckless disregard of the fact that an alien, namely, Constantino Morales-Urbano, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: __2/20/18__.

　　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　　United States Attorney

　　　　　　　　　　　/s/ AMY B. WANG FOR
　　　　　　　　　　　AMY B. WANG
　　　　　　　　　　　Special Assistant U.S. Attorney

ABW:lml:2/6/2018