```
ADAM BRAVERMAN
United States Attorney
AMY B. WANG
Special Assistant U.S. Attorney
California Bar No.: 306459
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9735
Email:  amy.wang@usdoj.gov
```

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-0885-JLS |
|---|---|
| Plaintiff, | The Hon. Janis L. Sammartino<br>Courtroom: 4D |
| v. | Date: April 27, 2018 at 1:30PM |
| ALEJANDRO HUMANES-NAVARRO,<br> aka Roberto Lopez-Mellan,<br>Defendant | **UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS:**<br>**(1) TO COMPEL DISCOVERY;**<br>**(2) TO PRESERVE EVIDENC; AND**<br>**(3) FOR LEASE TO FILE FURTHER MOTIONS** |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Amy B. Wang, Special Assistant United States Attorney, and hereby files its Response and Opposition to the above-referenced motions.  This Response and Opposition is based upon the files and records of the case.

## I

## RELEVANT BACKGROUND

On January 22, 2018, Defendant Alejandro Humanes-Navarro, aka Roberto Lopez-Mellan ("Defendant"), was arrested after U.S. Border Patrol Agents observed five individuals emerge from the brush on the side of Highway 98, near Calexico, California, and quickly board Defendant's vehicle.  The agents followed Defendant in their marked

service vehicles with activated emergency lights and sirens to signal Defendant to stop. However, Defendant failed to yield and continued to evade law enforcement until agents deployed a spike strip in front of his vehicle.  The five other occupants in his vehicle each identified as a citizen of Mexico without legal status in the United States.

On February 20, 2018, Defendant was arraigned on an Information charging Transportation of Certain Aliens for Financial Gain and Aiding and Abetting, in violation of Title 8, United States Code Sections 1324(a)(1)(A)(ii), (v)(II), and (a)(1)(B)(i), and a not guilty plea was entered.  Defendant has since submitted a signed plea agreement to the United States and a change of plea is currently set for April 3, 2018, before Magistrate Judge Jan M. Adler.

In advance of the change of plea hearing, Defendant has requested several discovery items. Doc. 32-1, at 1-14.

## II

## RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS

To date, the United States has produced 133 pages of discovery and two DVDs, including reports of investigation, immigration history, interviews, and body-cam video of Defendant's arrest.  The United States will produce additional discovery once it is received.

The United States recognizes and acknowledges its obligations pursuant to the Jencks Act, and Rules 12 and 16 of the Federal Rules of Criminal Procedure.  The United States has complied and will continue to comply with its discovery obligations going forward.  To date, the United States has received no reciprocal discovery.

As to exculpatory information, the United States is aware of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and will comply with its obligations.  The United States will also produce any evidence of bias/motive, impeachment, or criminal investigation of any of its witnesses of which it becomes aware.  An inquiry pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) will also be conducted.

In sum, the United States has already produced substantial discovery in this case. To the extent Defendant requests specific documents or types of documents, the United States will continue to disclose any and all discovery required by the relevant discovery rules.

## III

## CONCLUSION

The parties fully expect this case to resolve in a guilty plea on April 3, 2018. Accordingly, the United States Respectfully requests that no orders compelling specific discovery be made at this time.

DATED: March 15, 2018        Respectfully submitted,

ADAM BRAVERMAN
United States Attorney

/s/*Amy B. Wang*
Special Assistant
United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-0885-JLS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ALEJANDRO HUMANES-NAVARRO, aka Roberto Lopez-Mellan | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, AMY B. WANG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Response and Opposition to Defendant's Motions to Compel Discovery, Preserve Evidence, and Leave to File Further Motions, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

James Chavez, Federal Defenders of San Diego, Inc., Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2018.

*/s/ Amy B. Wang*
AMY B WANG
Special Assistant
United States Attorney